UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JASON WALOWAY,**

    Plaintiff,

-vs-                        Case No. 15-CV-755

**LORI DOEHLING and
GLORIA MARQUARDT,**

    Defendants.

---

# ORDER

On April 21, 2016, the defendants filed a motion for summary judgment. (ECF No. 20.) Pursuant to Civil L. R. 56(b)(2), the plaintiff's response was due May 21, 2016. The plaintiff failed to timely respond.

On June 6, 2016, the defendants filed a motion to dismiss based on the plaintiff's failure to prosecute his lawsuit. The Court gave the plaintiff a final opportunity to respond to the defendants' summary judgment motion. It warned the plaintiff that if he did not respond by June 24, 2016, it would grant the defendants' motion to dismiss.

According to Court's records, the plaintiff did not respond to the defendants' motion for summary judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss for failure to prosecute (ECF No. 26) is

**GRANTED**. This case is **DISMISSED WITH PREJUDICE**. Judgment will be entered accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this Court a notice of appeal within 30 days of the entry of judgment. *See* Federal Rule of Appellate Procedure 3, 4. This Court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. *See* Federal Rule of Appellate Procedure 4(a)(5)(A).

Under certain circumstances, a party may ask this Court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The Court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2).

A party is expected to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2016.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**